UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI FAIRCHILD-LITTLEFIELD, Plaintiff, v. KYLE NIKI COX SHAFFER, *et al.*, Defendants. | Case No. 1:19-cv-00499-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES<br><br>ECF No. 9 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff moves for copies of documents that were not delivered to her through electronic service. ECF No. 9. On April 17, 2019, we issued prisoner new case documents and an order re consent. ECF No. 3. Those documents were served electronically. ECF No. 4. However, plaintiff asserts that she never received those documents. ECF No. 9. Plaintiff seeks a paper copy of those documents, and information regarding what documents have been filed in her case. For good cause shown, plaintiff's motion is granted.

Accordingly, we hereby order that the clerk of court is directed to send plaintiff:

1. A paper copy of the prisoner new case documents and order re consent. ECF No. 3.
2. A paper copy of the docket.

IT IS SO ORDERED.

Dated: \_\_\_May 25, 2019\_\_\_ _____
UNITED STATES MAGISTRATE JUDGE